# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. <u>5:10-CR-0001 JLT</u>

U.S.A.
v.

**ORDER TO PAY**

<u>DEE V. NEWCOMB</u>

(this area intentionally left blank)

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ <u>15.00</u>    (✓) **Penalty ASSESSMENT** of $ <u>10.00</u>

(✓) **PROCESSING Fee** of $ <u>25.00</u>    for a **TOTAL AMOUNT** of $ <u>50.00</u> ,

paid within <u>60</u> days / months **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**.

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

---

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| ☐ CENTRAL VIOLATIONS BUREAU<br>PO Box 70939<br>Charlotte, NC 28272-0939<br>1-800-827-2982 | ☐ CLERK, U.S.D.C.<br>501 'I' St., #4-200<br>Sacramento, CA 95814 | ✓ CLERK, U.S.D.C.<br>2500 Tulare St., Rm 1501<br>Fresno, CA 93721 |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: <u>1/12/2010</u>    <u>/s/ A. Leon-Guerrero</u>
for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007